IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOE LOUIS KELLEY, JR.**                                                                                   **PETITIONER**
*ADC #084474*

VS.                                         CASE NO. 5:13CV00161 JLH/JTR

**RAY HOBBS**                                                                                                **RESPONDENT**
*Director, Arkansas Department of Correction*

### ORDER

The Arkansas Department of Correction is hereby ordered to transport Petitioner, Mr. Joe Louis Kelley, Jr., ADC #084474, East Arkansas Max Unit, 325 Lee 601, Brickeys, Arkansas, for his Evidentiary Hearing on June 23, 2014, at 9:30 a.m., Richard Sheppard Arnold U. S. Courthouse, 500 West Capitol, Little Rock, Arkansas, Courtroom #1C, for his appearance before United States Magistrate Judge J. Thomas Ray.

IT IS SO ORDERED this 5th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE