# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE LOUIS KELLEY                                                                              PETITIONER
ADC #084474

v.                              NO. 5:13cv00161-JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

Pending before the Court is a Joint Motion for Dismissal filed by counsel for Petitioner and Respondent. According to counsel, on June 13, 2014, Petitioner was released from ADC custody, and ADC records now reflect that he has fully discharged the state sentences imposed in Pulaski County Circuit Court Case Nos. CR2004-487 and CR2004-4380. *Joint Ex. A*. Accordingly, the parties stipulate that the § 2254 Petition should be dismissed.

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss, *Doc. #22*, is GRANTED. The Petition for Writ of Habeas Corpus is hereby DISMISSED with prejudice.

DATED this 23rd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE