# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE LOUIS KELLEY                                                                                   PETITIONER
ADC #084474

v.                                         NO. 5:13cv00161-JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this action with prejudice.

DATED this 23rd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE